# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3371

_____

Carlos Juan-Francisco,             *
                                        *

         Petitioner,          *
                                        *    Petition for Review of

        v.                    *    an Order of the Board
                                        *    of Immigration Appeals.

Eric H. Holder, Jr., Attorney General  *
of the United States,           *    [UNPUBLISHED]
                                        *

        Respondent.        *

_____

Submitted: April 29, 2010
Filed: May 5, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Carlos Juan-Francisco petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum and withholding of removal. We conclude that the decision was supported by substantial evidence on the record as a whole. See Khrystotodorov v. Mukasey, 551 F.3d 775, 781 (8th Cir. 2008) (standard of review); Zacarias-Velasquez v. Mukasey, 509 F.3d 429, 433-34 (8th Cir. 2007) (persecution must be on account of protected ground); Mohamed v. Ashcroft, 396 F.3d 999, 1003 (8th Cir. 2005) (harm arising from general conditions such as civil war will not ordinarily support claim of persecution); Melecio-Saquil v. Ashcroft, 337 F.3d 983, 986-87 (8th Cir. 2003)

(changed country conditions in Guatemala). Accordingly, we deny the petition for review.

_____